IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARQUISE WILLIAMS,** | : | Civil No. 1:18-cv-2337 |
| Petitioner, | : | |
| v. | : | |
| **WARDEN BRADLEY,** | : | |
| Respondent. | : | Judge Sylvia H. Rambo |

## **O R D E R**

Before the court is a report and recommendation of Chief Magistrate Judge Schwab in which she recommends that the court dismiss the petition for failure to exhaust administrative remedies. Objections to the report and recommendation were due by August 8, 2019, and to date no objections have been filed.

In considering whether to adopt a report and recommendation when no objections have been filed, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error). Following an independent review of the record, the court is satisfied that the report and recommendation contains no clear error and will therefore adopt the recommendation. Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The report and recommendation (Doc. 17) is **ADOPTED**.

2) The petition brought under 28 U.S.C. § 2241 is **DISMISSED**.

3) The Clerk of Court is **DIRECTED** to close this case.

4) Any appeal taken from this order is deemed frivolous and not in good faith.


                                      s/Sylvia H. Rambo
                                      Sylvia H. Rambo
                                      United States District Judge

Dated: September 11, 2019